UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PERAZA ARITA, Rudiz
Petitioner,

v.

WARDEN, Irwin County Detention Center, et al.

Respondents.

Case No. 7:26-cv-00066

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Rudiz Perata Arita by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Respondents.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Jessica Calmes*
Jessica Calmes, Esq.
GA Bar # 202719
Attorney for Petitioner
Diaz & Gaeta Law, LLC
2400 Herodian Way SE., Ste 275
Smyrna, GA 30080
Ph: 678-503-2780
Fax: 404-341-9370
calmes@dglawga.com

SO ORDERED this 24th day of August 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court